## SENIOR *v.* ZONING COMMISSION OF NEW CANAAN.

No. 620.   Decided May 31, 1960.

*Raymond T. Benedict, Morgan P. Ames, Francis J. McNamara, Jr.* and *John F. Spindler* for appellant.

*Ira E. Hicks, Norwick R. G. Goodspeed, John C. Sturges* and *Samuel A. Gilliland* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## GARFINKLE *v.* GARFINKLE.

No. 799, Misc.   Decided May 31, 1960.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.